JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL ETHERIDGE, | ) | NO. CV 11-7513-MMM (E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| BRENDA CASH, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 30, 2012.

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE